KIBLER FOWLER & CAVE LLP
John D. Fowler (SBN 271827)
jfowler@kfc.law
Kevin J. Cammiso (SBN 316540)
kcammiso@kfc.law
Jesse Mentz (SBN 341212)
jmentz@kfc.law
11100 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone:    (310) 409-0400
Facsimile:    (310) 409-0401

*Attorneys for Specially Appearing Defendants Charite - Universitatsmedizin Berlin and Centro Nacional de Investigaciones Cardiovasculares*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company, | CASE NO. 2:25-CV-6299-MWF-MARx |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | Judge:   Michael W. Fitzgerald |
| Charité – Universitätsmedizin Berlin; Centro Nacional de Investigaciones Cardiovasculares; Brigham and Women's Hospital; Harvard Medical School; The Mount Sinai Hospital; DOES 1 through 10, inclusive, | Trial Date:          None Set |
| Defendants. | |

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

This joint status report is submitted on behalf of all parties pursuant to Paragraph 2 of the Court's January 13, 2026 Order (Dkt. 35) staying this action pending resolution of *Morisky v. MMAS Research LLC*, No. 2:21-cv-01301-RSM (W.D. Wash.) (the "Morisky Action").

The parties report that on March 26, 2026, the Honorable Ricardo S. Martinez issued an Order to Show Cause in the Morisky Action (attached hereto as Exhibit A), striking the April 13, 2026 trial date, directing MMAS Research LLC ("MMAS") to show cause by April 10, 2026 why default should not be entered against it for the reasons set forth in that order, and stating that the Court would not address further matters in the case pending resolution of the Order to Show Cause.

Dated:  April 1, 2026                        HANKIN PATENT LAW


                                             By:  _____/s/ Marc Hankin_____
                                                  MARC HANKIN
                                                  Attorneys for Plaintiff
                                                  MMAS Research LLC


Dated:  April 1, 2026                        KIBLER FOWLER & CAVE LLP


                                             By:  _____/s/ John D. Fowler_____
                                                  JOHN D. FOWLER
                                                  KEVIN J. CAMMISO
                                                  JESSE MENTZ
                                                  Attorneys for Specially Appearing
                                                  Defendants Charite - Universitatsmedizin
                                                  Berlin and Centro Nacional de
                                                  Investigaciones Cardiovasculares

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

## ATTESTATION

Pursuant to L.R. 5-4.3.4, the submitting attorney hereby attests that all of signatories listed concur in the filing's content and have authorized the filing.

Dated: April 1, 2026          KIBLER FOWLER & CAVE LLP


By:      /s/ John D. Fowler
        JOHN D. FOWLER
        KEVIN J. CAMMISO
        JESSE MENTZ
        Attorneys for Specially Appearing
        Defendants Charite - Universitatsmedizin
        Berlin and Centro Nacional de
        Investigaciones Cardiovasculares

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025