KIBLER FOWLER & CAVE LLP
John D. Fowler (SBN 271827)
jfowler@kfc.law
Kevin J. Cammiso (SBN 316540)
kcammiso@kfc.law
Jesse Mentz (SBN 341212)
jmentz@kfc.law
11100 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone:   (310) 409-0400
Facsimile:   (310) 409-0401

*Attorneys for Specially Appearing Defendants Charite - Universitatsmedizin Berlin and Centro Nacional de Investigaciones Cardiovasculares*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Charité – Universitätsmedizin Berlin; Centro Nacional de Investigaciones Cardiovasculares; Brigham and Women's Hospital; Harvard Medical School; The Mount Sinai Hospital; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-CV-6299-MWF-MAR<br><br>**JOINT STATUS REPORT**<br><br>Judge:   Michael W. Fitzgerald<br><br>Trial Date:         None Set |

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

Case No. 2:25-CV-6299-MWF-MARx

This joint status report is submitted on behalf of all parties pursuant to Paragraph 3 of the Court's January 13, 2026 Order (Dkt. 35) staying this action pending resolution of the matter *Morisky v. MMAS Research LLC*, No. 2:21-cv-01301-RSM (W.D. Wash.) (the Morisky Action).

On March 26, 2026, the Court in the Morisky Action ordered MMAS to show cause why default should not be entered against it. On April 2, 2026, MMAS filed a written response to the OSC. On April 21, 2026, the Court issued an Order for Entry of Default (Morisky Action, Dkt. 324), attached hereto as **Exhibit A**, directing the clerk to enter default against MMAS. On April 22, 2026, the clerk entered default against MMAS (Morisky Action, Dkt. 325), attached hereto as **Exhibit B**. On April 26, 2026, MMAS filed a motion for reconsideration (Morisky Action, Dkt. 326). Plaintiff's motion for default judgment is due on June 5, 2026. (Morisky Action, Dkt. 324).

Judgment in the Morisky Action may bear directly on whether Plaintiff may continue to maintain this action and may resolve issues overlapping with those with asserted here. (*See* Morisky Action, Second Amended Complaint, Dkt. 22). The parties will provide a further update following the entry of judgment.

Dated:  May 7, 2026                        HANKIN PATENT LAW


                                           By:  _____/s/ Marc Hankin_____
                                                MARC HANKIN
                                                Attorneys for Plaintiff
                                                MMAS Research LLC

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

2

Case No. 2:25-CV-6299-MWF-MARx

JOINT STATUS REPORT

Dated:  May 7, 2026                    KIBLER FOWLER & CAVE LLP


                                       By:   /s/ John D. Fowler
                                             JOHN D. FOWLER
                                             KEVIN J. CAMMISO
                                             JESSE MENTZ
                                             Attorneys for Specially Appearing
                                             Defendants Charite - Universitatsmedizin
                                             Berlin and Centro Nacional de
                                             Investigaciones Cardiovasculares

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the submitting attorney hereby attests that all of signatories listed concur in the filing's content and have authorized the filing.

Dated:  May 7, 2026                    KIBLER FOWLER & CAVE LLP


By:    _____/s/ John D. Fowler_____
       JOHN D. FOWLER
       KEVIN J. CAMMISO
       JESSE MENTZ
       Attorneys for Specially Appearing
       Defendants Charite - Universitatsmedizin
       Berlin and Centro Nacional de
       Investigaciones Cardiovasculares